## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff. | **CRIMINAL NO. 26-89 (MAJ)** |
| v. | |
| **GENARO ZORRILLA-HILARIO,** Defendant. | |

### UNITED STATES' SENTENCING MEMORANDUM

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America, through its undersigned counsel, and respectfully submits its position as to the sentence that should be imposed on Defendant Genaro Zorrilla-Hilario ("Mr. Zorrilla") at the sentencing hearing.

### BACKGROUND

On March 1, 2026, the United States Coast Guard encountered Mr. Zorrilla as he attempted to and illegally entered the United States as a stowaway, hidden in a commercial vessel. Records and biometrics checks revealed he had one prior encounter with immigration authorities in December 2025, where he was granted voluntary departure to the Dominican Republic.

On March 12, 2026, an Indictment was filed with the Court after a Grand Jury returned a true bill. *See* ECF No. 11. Mr. Zorrilla was charged with stowaway aboard a vessel, in violation of 18 U.S.C. § 2199, and improper entry, in violation of 8 U.S.C. § 1325(a). *See id*.

On March 25, 2026, a change of plea hearing was held where Mr. Zorrilla pleaded guilty to both counts in the Indictment pursuant to a straight plea. *See* ECF No. 21.

Mr. Zorrilla's sentencing hearing is currently scheduled for April 23, 2026. *See* ECF No. 24.

## SENTENCING CONSIDERATIONS

The United States agrees with the U.S. Probation Office in calculating Mr. Zorrilla has a Criminal History Category of I, which along with a Total Offense Level of 1,[1] yields a guidelines imprisonment range of zero (0) to six (6) months of imprisonment. Presentence Investigation Report (PSR), ECF No. 24 at 6, 7, and 10.

## SENTENCE RECOMMMENDATION

The United States respectfully recommends that the Court sentence Mr. Zorrilla to a term of imprisonment equivalent to the time already served, to be followed by a term of supervised release of three (3) years. As the Court will see, the recommended sentence is commensurate with the nature of the offense, is sufficient to adequately serve as deterrence and promote respect for the law, and it is sufficient but not greater than necessary to address the Section 3553(a) sentencing factors.

While this is not the first time Mr. Zorrilla has been illegally present in the United States, this is the first time he has been criminally prosecuted. Likewise, Mr. Zorrilla does not have an extensive immigration record. His only prior encounter with immigration authorities was in December 2025, when he turned himself over to immigration authorities, who in turn afforded him the opportunity to voluntarily return to the Dominican Republic. This means that at that time, the government did not process him for a removal order and did not seek criminal prosecution.

Although he was quick to infringe our Nation's immigration laws, his lack of an extensive immigration record, coupled with his candidness and quickness in accepting responsibility,

---

1 Pursuant to Application Note 2 of USSG Chapter 5, Part A, a total offense level of less than 1 is to be treated as an offense level of 1.

strongly suggest he has learned from his mistakes. Thus, the need to establish deterrence and promote respect for the law are adequately addressed by a term of imprisonment equivalent to the time Mr. Zorrilla has already served.

WHEREFORE, the United States respectfully recommends that Mr. Zorrilla be sentenced to a term of imprisonment equivalent to the time he has already served, to be followed by a term of supervised release of three (3) years.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 17th day of April, 2026.

W. STEPHEN MULDROW
United States Attorney

*/s/ Steven Liong-Rodríguez*
Steven Liong-Rodríguez
Special Assistant United States Attorney
USDC No. 303011
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave. San
Juan, PR 00918
Tel. (787) 282-1850
steven.liong-rodriguez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing motion has been filed with the Clerk of the Court who would notify to the attorneys of record in this case.

*/s/ Steven Liong-Rodriguez*
**Steven Liong-Rodriguez**
Special Assistant U.S. Attorney